IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff,

v.  Cr. No. 05-08-01-JD

Tracy Sutter Petrucelli,
    Defendant,

  and

Jalbert & Company CPA's, P.C.,
    Garnishee.

## FINAL ORDER OF CONTINUING GARNISHMENT

On February 23, 2012, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee and the Defendant were served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on February 25, 2012, and March 1, 2012, respectively. As stated in Plaintiff's motion, Garnishee verbally stated to Plaintiff that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of semi-monthly non-exempt disposable earnings, belonging to and due defendant, Tracy Sutter Petrucelli. Defendant agreed to waive her right to a hearing pursuant to 28 U.S.C. § 3202(d). Therefore, it is

ORDERED that Garnishee pay Two Hundred Fifty and 00/100 Dollars ($250.00) of the Defendant's semi-monthly non-exempt disposable earnings (earnings remaining after all deductions required by law have been withheld) beginning April 1, 2012, and thereafter, to Plaintiff and continue said payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further

Order of this Court.  Said payments shall be made payable to Clerk, U.S. District Court and mailed to U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301.

IT IS FURTHER ORDERED, that Defendant shall keep the United States Attorney's Office currently informed, in writing, of any change in her employment, place of residence, or telephone number. Defendant shall provide such information to the United States Attorney's Office at the address listed above.

**SO ORDERED THIS** 9th **DAY OF** March , 2012.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico
Senior U.S. District Court Judge

cc: U.S. Attorney's Office
    Tracy Sutter Petrucelli, pro se
    Jalbert & Company CPA's, P.C.