IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,
      Plaintiff,

      v.                          Cr. No. 05-08-01-JD

Tracy Sutter Petrucelli,
      Defendant,

  and

Stonebridge Country Club,
      Garnishee.

ORDER TO QUASH WRIT OF CONTINUING GARNISHMENT

On February 23, 2012, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Garnishment, service was made upon the Garnishee, Stonebridge Country Club on March 6, 2012, instructing them to withhold 25% of the Defendant's non-exempt disposable earnings.

Plaintiff and Defendant have agreed to payment of the restitution through a court-ordered garnishment with Jalbert & Company CPA's, P.C., in this criminal case. An Assented-To Motion For Final Order Of Continuing Garnishment with Jalbert & Company CPA's, P.C., was filed on March 8, 2012.

**IT IS HEREBY ORDERED**

The Writ of Continuing Garnishment issued on February 23, 2012, against Stonebridge Country Club, is hereby quashed pursuant to 28

U.S.C. § 3205(10)(A).

**IT IS SO ORDERED.**

/s/Joseph A. DiClerico, Jr.
Joseph A. DiClerico
Senior U.S. District Court Judge

DATED: March 9, 2012


cc: Michael T. McCormack, AUSA
 Tracy Sutter Petrucelli, pro se defendant
 Stonebridge Country Club, garnishee